UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Cr. No.15-cr-

IRA GRAYSON

INDICTMENT
COUNT ONE

(18 U.S.C. § 922 (g)(1): Possession of a Firearm by a Convicted Felon)

Beginning on or about December 7, 2014, in the District of New Hampshire, defendant,

IRA GRAYSON

having been convicted of Possession of Firearm, Not Home/Work, No License on or about June 28, 2010, in Suffolk County Superior Court, Boston, Massachusetts, Docket Number SUCR2009-10783, a crime punishable by a term of imprisonment exceeding one (1) year, knowingly and intentionally possessed an IMI, model UZI, 9 mm, machine gun bearing serial number 5387579 and a Sig Sauer, model M400, 5.56 ml, semi-auto rifle bearing serial number 38B016230, both having been shipped or transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Dated: April 8, 2015

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

JOHN P. KACAVAS
United States Attorney
District of New Hampshire

By:   /s/ Debra M. Walsh
      Debra M. Walsh
      Assistant U.S. Attorney