UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                  Cr. No. 15-

Ira Grayson

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 8th day of April, 2015.

This 8th day of April, 2015.

                                            JOHN P. KACAVAS
                                            United States Attorney


                                            /s/ Debra M. Walsh
                                            Debra M. Walsh
                                            Assistant U.S. Attorney


WARRANT ISSUED: _____