D/NH PROB 12B
(Rev 8/18)

# UNITED STATES DISTRICT COURT

for

### The District of New Hampshire

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender:   Ira Grayson                                   Case Number:   15-CR-055-01-JL

Name of Sentencing Judicial Officer:        Honorable Joseph N. Laplante

Date of Original Sentence:     September 10, 2015

Original Offense:   Possession of a Firearm by a Convicted Felon, in violation of 18 § U.S.C. 922(g)(1)

Original Sentence:    42 months of imprisonment; 3 years of supervised release

Revocation:              N/A

Type of Supervision:   Supervised release              Date Supervision Commenced:      September 30, 2019

## PETITIONING THE COURT

☐  To extend the term of supervision for ___ years, for a total term of ___ years.

☒  To modify the conditions of supervision as follows:

**The defendant shall be placed on an alcohol monitoring program for a period of 60 days and shall abide by all technology requirements, rules and regulations of that program (location, modality, duration, intensity, etc.)  The defendant shall pay for the cost of the alcohol monitoring program to the extent that he is able, as determined by the probation officer.**

**The defendant shall not possess alcohol.**

### CAUSE

On September 26, 2020, members of Manchester (NH) Police Department (MPD) observed three males, each driving an ATV, swerving around vehicles, doing 'wheelies," and revving their engines on a public street.  Authorities attempted to conduct a motor vehicle stop on the group, but they failed to stop and led officers on a pursuit.  The defendant was subsequently located by a member of MPD hiding in the woods after his ATV was found nearby.  While speaking with the defendant, the officer detected the odor of alcohol coming from his breath and observed that his eyes appeared bloodshot and glassy.  The defendant admitted to authorities that he had consumed a couple of beers earlier that evening.  The defendant was arrested and charged with Riot, Driving Under the Influence, and Disobeying a Police Officer.  He was subsequently released on $2,500 personal recognizance bail with a court date to be determined later.

On September 28, 2020, the probation officer spoke to defendant, and he admitted that had consumed a couple of beers that evening.  The defendant also took full responsibility for his poor judgment that evening.

As a result of this incident, the defendant has been referred for a substance abuse evaluation at Reentry Resources Counseling, located in Manchester, NH.  Due to the nature of this alleged incident involving alcohol, the probation officer recommends and requests the Court to modify the supervision conditions to include abstaining from the use of alcoholic beverages and alcohol monitoring for a period of 60 days.  The defendant consents to this condition as evidenced by the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.  Should

Ira Grayson                                    Page 2 of 2                                          10/14/20

the defendant be convicted of the state offenses or should he demonstrate further noncompliance or a potential risk to the community, the probation officer will notify the Court with a recommended course of action.  Furthermore, it should be noted that all drug tests to this date have returned negative, and the defendant has remained steadily employed throughout his term of supervised release.  Lastly, the defendant does not have a valid driver license, and the defendant reports that he has no access to a vehicle.

Respectfully submitted by,

/s/*Scott D. Christensen*
Scott D. Christensen
U.S. Probation Officer
603-225-1495
Date:  10/14/2020

Reviewed & Approved by:

/s/*Kevin L. Lavigne.*
Kevin L. Lavigne
Deputy Chief U.S. Probation Officer
603-225-1484

THE COURT ORDERS:

☐  No action

☐  The Extension of Supervision as Noted Above

☐  The Modification of Conditions as Noted Above

☐  Other:

_____
Signature of Judicial Officer

_____
Date