PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Ira Grayson                                                          Case Number:   15-CR-55-01-JL

Name of Sentencing Judicial Officer:     Honorable Joseph N. Laplante

Date of Original Sentence:    September 10, 2015

Original Offense:   Possession of Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence:    42 months of imprisonment; 3 years of supervised release

Revocation:              N/A

Type of Supervision:   Supervised release               Date Supervision Commenced:     September 30, 2019

Assistant U.S. Attorney:   Debra M. Walsh                Defense Attorney:   Jeffrey S. Levin

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Mandatory Condition:** <u>The defendant shall not commit another federal, state, or local crime</u>. On or about January 9, 2021, in Manchester, NH, the defendant committed the crime of Simple Assault-Domestic, in violation of NH RSA 631:2-B, IA, when he knowingly caused unprivileged physical contact to Dorcas Dunham by pushing her in the facial area with an open hand.<br><br>Evidence in support of this charge includes a police report and criminal complaint from the Manchester (NH) Police Department. |
| 2 | **Violation of Mandatory Condition:** <u>The defendant shall not commit another federal, state, or local crime</u>. On or about January 9, 2021, in Manchester, NH, the defendant committed the crime of Disorderly Conduct, in violation of NH RSA 644:2, when he engaged in fighting or in violent, tumultuous behavior with Dorcas Dunham in a public place.<br><br>Evidence in support of this charge includes a police report and criminal complaint from the Manchester (NH) Police Department. |

| | | |
|---|---|---|
| 3 | **Violation of Mandatory Condition:**  <u>The defendant shall not commit another federal, state, or local crime</u>.  On or about January 9, 2021, in Manchester, NH, the defendant committed the crime of Resisting Arrest or Detention, in violation of NH RSA 642:2, when he physically interfered with a law enforcement officer who was seeking to affect his arrest or detention by running away from the law enforcement officer after being ordered to stop multiple times. | |

Evidence in support of this charge includes a police report and criminal complaint from the Manchester (NH) Police Department.

4  **Violation of Special Condition:**  <u>The defendant shall not possess alcohol</u>.  On or about January 9, 2020, in Manchester, NH, the defendant consumed alcohol.

Evidence in support of this charge includes: 1) a police report from the Manchester (NH) Police Department; and 2) the defendant's verbal admission to the probation officer.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/ *Scott D. Christensen*
Scott D. Christensen
U.S. Probation Officer
603-225-1495
Date: 1/19/2021

Reviewed & Approved by:

/s/ *Christopher H. Pingree*
Christopher H. Pingree
Supervisory U.S. Probation Officer
603-226-7315

---

THE COURT ORDERS:

☐ No action

☒ The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

_____
Signature of Judicial Officer

01/19/2021
_____
Date